**Exhibit A to the Complaint**

**Location:** Falls Church, VA  
**Total Works Infringed:** 51  
**IP Address:** 108.28.36.191  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9F5DC79A096FE8F502B4D627C88634B680347EC2 | Tushy | 11/10/2018 01:53:43 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 2 | 0618DD61DD8B80E968FB816BE1205BD784006B4B | Vixen | 09/15/2018 15:25:40 | 09/14/2018 | 11/01/2018 | 17094105331 |
| 3 | 0B007777C9D46F02DF52BFC63F36E3413CDDF588 | Blacked | 10/11/2018 02:08:12 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 4 | 0B0A1D1F0BE390E4F1E6C030C8BAF8A892BBED98 | Blacked Raw | 09/07/2018 00:54:30 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 5 | 0EC4175FCFC157B8828AA3E6E4CBC22A1C5021BB | Vixen | 10/29/2018 01:03:05 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 6 | 1E6673FFDE2D4711BC381D92343D6E9490A82872 | Blacked | 09/03/2018 20:15:26 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 7 | 1FA7743CE74E385E33B6616107DB891F7A99B1EC | Blacked Raw | 11/15/2018 03:33:45 | 11/13/2018 | 12/09/2018 | 17210230923 |
| 8 | 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151 | Blacked | 09/28/2018 23:12:03 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 9 | 20BB07151E54C494378097BBF6CB22B32855DE40 | Blacked Raw | 08/17/2018 00:22:21 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 10 | 33C94AA7E876F3F67CCAAD3E644049EA7F838490 | Blacked Raw | 09/26/2018 23:38:42 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 11 | 33DDA587EC258591189CE48FCE10BA519B0867B6 | Tushy | 09/01/2018 21:44:33 | 08/24/2018 | 11/01/2018 | 17094105531 |
| 12 | 35DB5848353DBB38DB895E2103028DB940A8EF1F | Vixen | 10/24/2018 23:20:27 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 13 | 3A695E264DA52CC99AE3D7CABF31D2762F1ED957 | Blacked Raw | 09/15/2018 15:20:05 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 14 | 3F722DB1C7450C139F61FE6B909A566C47B65CBD | Tushy | 10/05/2018 13:42:58 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 15 | 43A5A5371A41AEBDD250328D4BF3FEC056DC13B2 | Blacked | 10/27/2018 21:18:22 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 16 | 446671764D5224CC3B1FCC42D8BDA32FAB667729 | Vixen | 08/04/2018 15:33:52 | 08/02/2018 | 09/01/2018 | PA0002119574 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 493CC280F906E53C779855D1B9F0C2FCC0A30570 | Blacked | 09/20/2018 20:56:22 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 18 | 4E0FFEA1821589738E4E7ADF6716510D24DD4C15 | Tushy | 09/02/2018 00:32:22 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 19 | 511C7F11A60ED930504DEEC07273BB24BD01EE80 | Tushy | 11/14/2018 01:52:42 | 11/12/2018 | 12/09/2018 | 17210310463 |
| 20 | 5256B65E523BCBE18B3BA99EFB719D22C52EAE24 | Vixen | 08/04/2018 15:32:13 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 21 | 5387A4079A0658BA4B420D7E946DD6411EC141CB | Vixen | 10/05/2018 17:26:36 | 10/01/2018 | 11/01/2018 | 17094105431 |
| 22 | 56502222833E23C38737D072A74A9DACD85BFCC5 | Blacked | 11/07/2018 23:56:50 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 23 | 5763D19CEF8D380F607D6E8E2634AFC4DD0BA089 | Blacked | 09/08/2018 17:20:26 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 24 | 5D1EA9B48DF2750F83A74197EC343750DC3654A8 | Vixen | 08/04/2018 16:00:30 | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 25 | 5E871D1CBAD2A537E0A21724A348E71E8776B0B2 | Blacked Raw | 09/05/2018 01:01:21 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 26 | 6088C05021BF2B3A40A587392CBAF1884311E344 | Vixen | 09/24/2018 23:01:36 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 27 | 627F067A825068EC66FEA346AE926A27FBBBE574 | Blacked Raw | 10/14/2018 17:11:49 | 10/09/2018 | 11/01/2018 | 17093717943 |
| 28 | 6A49A11B13EF590A40FF5301E0376A2FB277D641 | Blacked | 09/29/2018 17:43:19 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 29 | 71F2C46A0BDDD812F7C746A4CC2133E5CAF5712F | Tushy | 09/07/2018 01:00:40 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 30 | 737ACF2D5CFF18C75E5B2AF943C175052EB6961A | Blacked Raw | 08/11/2018 15:40:55 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 31 | 74B17221EBE9407AE907992D7D10932F8CBB01EC | Blacked Raw | 10/05/2018 18:00:48 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 32 | 7C048C4002DA410E090A7C4D7B9AFB644589C4ED | Vixen | 11/12/2018 23:24:06 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 33 | 7EDD32115504363C423839CE86694F87A25A5049 | Blacked | 10/24/2018 23:56:13 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 34 | 7F82B5FE34ED565A2E71131B6DD7AC8E219F3ECA | Blacked | 08/08/2018 22:19:19 | 08/08/2018 | 09/01/2018 | PA0002119598 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 87B60D12F1B3B0A2B6D1A581865517EE6EE9A1BC | Blacked | 08/04/2018 16:32:20 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 36 | 8A8DF88281CE0785D71C06AF8B975C595E038709 | Blacked | 10/18/2018 02:08:04 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 37 | 998DE0C4176894B36631D6A39BA6375A9E83C2FC | Vixen | 11/08/2018 00:20:00 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 38 | A1116BE2B18C555A87C9C7F10F2A9993547AB7E8 | Vixen | 09/07/2018 00:49:22 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 39 | A431C96503B22EE18A5B1B4CDD3B9C8D90B76FC2 | Blacked | 09/21/2018 01:16:38 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 40 | A7FF7606EC461AB9839E8F83759353D3B3A7CEE2 | Tushy | 10/24/2018 23:40:14 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 41 | A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99 | Vixen | 10/27/2018 00:40:17 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 42 | AD933E840736F6260DFC53A15971A456787767C9 | Vixen | 09/29/2018 17:47:19 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 43 | B20B838967A81D63C95D7CECED4CD0D3DFD527A3 | Tushy | 08/09/2018 23:31:08 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 44 | B3B6F1AD1664BE7B7FBD518F9C2B4B87FD251A1B | Tushy | 10/05/2018 01:43:55 | 10/03/2018 | 11/01/2018 | 17094105669 |
| 45 | B8C33BEF27C9DFD06D6E0556DC5B3D9282FC0A37 | Vixen | 08/30/2018 02:08:04 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 46 | C198EA5A190F7A29B52B2ED7FBD30AD679CFDD4D | Blacked Raw | 08/06/2018 21:29:47 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 47 | CB1CF3A538740830EB949C92F6889247A783F172 | Blacked Raw | 09/02/2018 05:10:27 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 48 | E3A72A492A2E14A9260626FF1A342DA717136519 | Vixen | 09/17/2018 20:41:34 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 49 | E3D7FA29C9F6754E16C7D1FEFDF33C64C064617B | Vixen | 08/11/2018 17:14:24 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 50 | EAA8A5DEE2A6FFFBA8FF49131DB25753F03B98C4 | Vixen | 10/11/2018 02:11:55 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 51 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 10/27/2018 00:43:23 | 10/16/2018 | 10/28/2018 | PA0002130458 |